```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THOMAS ALTO,

                    Plaintiff,                    09 Civ. 7763 (DAB)
                                                  ORDER
          -against-

HARTFORD LIFE INSURANCE COMPANY and
the GROUP LONG TERM DISABILITY PLAN
FOR EMPLOYEES OF THE HEARST
CORPORATION,

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     Plaintiff's Rule 12(f) Motion to Strike certain portions of

Affidavits submitted in support of Defendants' Motion for Summary

Judgment, Docket Number 20, is DENIED.  Rule 12(f) applies only

to Pleadings.  Of course Plaintiff was free in his Opposition to

that Motion to argue that the Court should not consider those

portions of the Affidavits.  To the extent Plaintiff has done so,

the Court will consider such arguments during its ruling on the

Motion for Summary Judgment.

     SO ORDERED.

     Dated:    New York, New York

               August 4, 2010

                                   Deborah A. Batts
                                   United States District Judge