UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS ALTO,

        Plaintiff,   **NOTICE OF APPEAL**

v.             09-CV-7763 (DAB)(DF)

HARTFORD LIFE INSURANCE COMPANY
and the GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF THE
HEARST CORPORATION,

        Defendants.

---

  Please take notice that Thomas Alto hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of this Court, granting defendants' motion for summary judgment, which was entered in this action on March 31, 2011.

Dated: Woodbury, New York
    April 15, 2011

                Yours,

                Fusco, Brandenstein & Rada, P.C.
                Attorneys for Plaintiff
                180 Froehlich Farm Boulevard
                New York, N.Y. 11797
                (516) 496-0400

           By: _____
              Aba Heiman, Esq. (AH 3728)